1  Camellia Baray, State Bar No. 179219
   LAW OFFICES OF CAMELLIA BARAY
2  4096 Piedmont Ave., Ste. 111
   Oakland, CA 94611
3  Telephone:  (510) 595-6678
   cb@baraylaw.com
4

5  Attorneys for Defendant Alicia Mitts

6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,            No.  CR 14-00285-JST

              Plaintiff,
12                                      AMENDED STIPULATION AND
                                        [PROPOSED] ORDER TO CONTINUE
13 v.                                   CHANGE OF PLEA FROM FEBRUARY
                                        13, 2015 TO MARCH 27, 2015 AND TO
14                                      EXCLUDE TIME UNDER THE SPEEDY
                                        TRIAL ACT
15 ALICIA MITTS,

16            Defendant.                Date:  February 13, 2015
                                        Time:  9:30 a.m.
17 _____/    Court: Hon. Jon S. Tigar

18

19     The above-captioned matter is set on February 13, 2015 at 9:30 a.m. before the Hon. Jon

20 S. Tigar for a change of plea.  The parties previously filed a stipulation requesting that the Court

21 vacate this date and reset the matter on March 6, 2015.  Because the Court is unavailable on

22 March 6th, this amended stipulation is filed requesting that the matter be reset to March 27, 2015

23 at 9:30 am for a change of plea.  The parties further request that the Court exclude time through

24

25 March 27, 2015 to allow for effective preparation and continuity of defense counsel pursuant to

26 18 U.S.C. §§3161 (h)(7)(A) and (h)(7)(B)(iv).

27

28

Stipulation To Continue Change of Plea
CR 14-00285 JST                          1

The prosecution is considering diversion in Ms. Mitts' matter. To this end, the defense is in the process of compiling documentation in support. Currently, the defense has obtained medical records and a report after examination by an expert. Counsel for the defendant is awaiting one additional letter from an expert. The letter should be written within the next 2 weeks and the matter should be ready for disposition on March 27th.

The parties agree that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

SO STIPULATED.

Dated: February 11, 2015         _____/S/_____
                                 Kevin Barry
                                 Assistant United States Attorney

Dated: February 11, 2015         _____/S/_____
                                 Camellia Baray
                                 Attorney for Ms. Mitts

Stipulation To Continue Change of Plea
CR 14-00285 JST                           2

1  For good cause shown, the change of plea currently set for February 13, 2015 is
2  continued to March 27, 2015 at 9:30 a.m., and time between February 13 and March 27, 2015 is
3  excluded under the Speedy Trial Act pursuant to 18 U.S.C.§§3161(h)(7)(A) and (h)(7)(B)(iv).
4
5  IT IS SO ORDERED.

8  DATED:   February 12, 2015



Stipulation To Continue Change of Plea
CR 14-00285 JST                          3