1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-6840
7        FAX: (415) 436-7234
         Email: kevin.barry@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   NO. CR 14-0285 JST
14                                    )
           Plaintiff,                 )
15                                    )
      v.                              )
16                                    )   **STIPULATION AND [PROPOSED] ORDER**
   ALICIA MITTS,                      )   **CHANGING HEARING DATE AND**
17                                    )   **EXCLUDING TIME**
           Defendant.                 )
18                                    )
                                      )
19 _____    )

20
           The Court set March 27, 2015 at 9:30 a.m. as the date for a change of plea hearing. The parties
21
   request that the Court move that date to April 24, 2015, to provide the parties additional time to consider
22
   a resolution.  Specifically, Defendant has requested that the United States Attorney's Office consider her
23
   for the Court's diversion program.  New defense counsel only recently received medical records she had
24
   requested that were critical to her presentation of Defendant's candidacy for diversion.  Armed with that
25
   material, Defendant made her request for consideration on Friday, March 20, 2015.  The government is
26
   currently considering Defendant's request.
27

28
   STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
   CR 14-0285 JST, United States v. Alicia Mitts           1

1    Should the government and United States Pretrial Services accept Defendant into the Court's
2 diversion program, the parties anticipate that the case will resolve through a plea agreement with
3 diversion as a condition of the agreement.  The requested date of April 24, 2015 has been cleared with the
4 Court's Courtroom Deputy as one that is available for such a change of plea.
5    The parties also request that the Court exclude the period from the date of this Order through
6 April 24, 2015, from the time limits of 18 U.S.C. § 3161 for the purposes of effective preparation.  The
7 preparation is necessary to address any concerns the government or United States Pretrial Services may
8 have with respect to diversion and to review case materials.  The parties agree that the ends of justice
9 served by granting such an exclusion of time outweigh the best interests of the public and the defendant
10 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

12    SO STIPULATED:

13                                                                                 MELINDA HAAG
14                                                                                 United States Attorney

15 DATED: March 26, 2015                                        _____/s/_____
                                                                                 KEVIN J. BARRY
16                                                                                 Assistant United States Attorney

18 DATED: March 26, 2015                                        _____/s/_____
                                                                                 CAMELLIA BARAY
19                                                                                 Attorney for ALICIA MITTS

21                                          Attestation of Filer
22    In addition to myself, the other signatory to this document is <u>Camellia Baray</u>.  I attest that I have
23 her permission to enter a conformed signature on her behalf and to file the document.

25 DATED: March 26, 2015                                        _____/s/_____
26                                                                                 KEVIN J. BARRY
                                                                                 Assistant United States Attorney

STIPULATION AND [~~PROPOSED~~] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 14-0285 JST, <u>United States v. Alicia Mitts</u>                    2

**[PROPOSED] ORDER**

For the reasons stated above, the Court changes the change of plea hearing to April 24, 2015. The Court also excludes the period from the date of this Order through April 24, 2015, from the time limits of 18 U.S.C. § 3161 for the purposes of effective preparation of counsel and continuity of counsel. The ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: March 27, 2015

_____
HON. JON S. TIGAR
United States District Judg