1  Camellia Baray, State Bar No. 179219
   LAW OFFICES OF CAMELLIA BARAY
2  4096 Piedmont Ave., Ste. 111
   Oakland, CA 94611
3  Telephone:  (510) 595-6678
   cb@baraylaw.com
4

5  Attorneys for Defendant Alicia Mitts

6

7             IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

| UNITED STATES OF AMERICA, | No.  CR 14-00285-JST |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA FROM MAY 8, 2015 TO MAY 29, 2015 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ALICIA MITTS, | Date:   May 8, 2015 |
| Defendant. | Time:   9:30 a.m. |
| _____/ | Court:  Hon. Jon S. Tigar |

The above-captioned matter is set on May 8, 2015 at 9:30 a.m. before the Hon. Jon S. Tigar for a change of plea.  The parties request that the Court reset the matter to May 29, 2015 for change of plea.  The reason for this request is so that Ms. Mitts may be evaluated by Pretrial Services for participation in the post-plea diversion program prior to entering a guilty plea.

Pretrial Services Officer Victoria Gibson has been assigned Ms. Mitts' case.  Ms. Gibson believes that she will be able to finish the diversion evaluation and prepare a Diversion Agreement, in conjunction with the US Attorney's office, prior to May 29th.

Stipulation To Continue Change of Plea
CR 14-00285 JST                                      1

The parties further request that the Court exclude time through May 29, 2015 to allow for effective preparation and continuity of defense counsel pursuant to 18 U.S.C. §§3161 (h)(7)(A) and (h)(7)(B)(iv); and agree that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

SO STIPULATED.

Dated: May 6, 2015         \_\_\_\_\_/S/_____
                           Kevin Barry
                           Assistant United States Attorney


Dated: May 6, 2015         \_\_\_\_\_/S/_____
                           Camellia Baray
                           Attorney for Ms. Mitts

Stipulation To Continue Change of Plea
CR 14-00285 JST                              2

1  For good cause shown, the change of plea currently set for May 8, 2015 is continued to
2  May 29, 2015 at 9:30 a.m., and time between May 8 and May 29, 2015 is excluded under the
3  Speedy Trial Act pursuant to 18 U.S.C.§§3161(h)(7)(A) and (h)(7)(B)(iv).
4
5  IT IS SO ORDERED.
6
7
8  DATED:  May 6, 2015
9

