Camellia Baray, State Bar No. 179219
LAW OFFICES OF CAMELLIA BARAY
4096 Piedmont Ave., Ste. 111
Oakland, CA 94611
Telephone: (510) 595-6678
cb@baraylaw.com

Attorneys for Defendant Alicia Mitts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALICIA MITTS,<br><br>　　　　　Defendant.<br>_____/ | No. CR 14-00285-JST<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FROM AUGUST 21, 2015 TO SEPTEMBER 11, 2015.<br><br>Date: August 21, 2015<br>Time: 9:30 a.m.<br>Court: Hon. Jon S. Tigar |

　　　The above-captioned matter is set on August 21, 2015 at 9:30 a.m. before the Hon. Jon S. Tigar for a status conference / progress report on diversion. The parties request that the Court continue this hearing to September 11, 2015 at 9:30 am.

///

///

///

Stipulation To Vacate Hearing
CR 14-00285 JST                              1

The reason for this request is that Pretrial Services Officer Victoria Gibson has a scheduling conflict and will not be able to attend the hearing.

SO STIPULATED.

Dated: August 20, 2015            _____/S/_____
                                  Kevin Barry
                                  Assistant United States Attorney


Dated: August 20, 2015            _____/S/_____
                                  Camellia Baray
                                  Attorney for Ms. Mitts

Stipulation To Vacate Hearing
CR 14-00285 JST                       2

For good cause shown, the status conference set for August 21, 2015 is continued to September 11, 2015 at 9:30 am.

IT IS SO ORDERED.

DATED: August 20, 2015

