Camellia Baray, State Bar No. 179219
LAW OFFICES OF CAMELLIA BARAY
4096 Piedmont Ave., Ste. 111
Oakland, CA 94611
Telephone: (510) 595-6678
cb@baraylaw.com

Attorneys for Defendant Alicia Mitts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00285-JST |
| Plaintiff, | |
| v. | [PROPOSED] ORDER MODIFYING DIVERSION CONDITIONS |
| ALICIA MITTS, | |
| Defendant. _____/ | |

Based on the approval of the parties and good cause appearing therefore, it is

ORDERED that the defendant's conditions of diversion be modified as follows:

  1.   The defendant is permitted to travel to Miami Florida from November 25, 2015 through and including November 30, 2015.

///

///

Unopposed Motion to Modify Diversion Conditions
And Proposed Order
No. CR 14-00285-JST

1

2. **All other conditions will remain in effect**.

Dated:  November 23, 2015

_____
The Honorable Jon S. Tigar
United States District Judge

Unopposed Motion to Modify Diversion Conditions
And Proposed Order
No. CR 14-00285-JST

2